# In the United States Court of Federal Claims

No. 15-945C
(Filed: October 16, 2017)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

4DD HOLDINGS, LLC, and
T4 DATA GROUP, LLC,

        *Plaintiffs*,

v.

THE UNITED STATES,

        *Defendant,*

   and

IMMIX TECHNOLOGY, INC.,

        *Third-Party*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STATUS CONFERENCE ORDER

    A telephonic status conference will be held on Wednesday, October 18, 2017, at 2:00 p.m. (Eastern).

                                         s/Eric G. Bruggink
                                         ERIC G. BRUGGINK
                                         Senior Judge