# In the United States Court of Federal Claims

No. 15-945C
(Filed: June 25, 2018)

* * * * * * * * * * * * * * * * * * * * * * * * *

4DD HOLDINGS, LLC, and
T4 DATA GROUP, LLC,

      *Plaintiffs,*

v.

THE UNITED STATES,

      *Defendant,*

   and

IMMIX TECHNOLOGY, INC.,

      *Third-Party.*

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

For good cause shown, we grant the parties' joint motion to extend the deadline to September 14, 2018, within which to complete fact discovery. Correspondingly, plaintiffs' response to defendant's motion to dismiss is due on or before October 5, 2018. Plaintiffs shall file a joint status report on behalf of the parties on or before August 10, 2018, advising the court of the status of discovery and mediation.

                                            s/Eric G. Bruggink
                                            ERIC G. BRUGGINK
                                            Senior Judge