IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| 4DD HOLDINGS, LLC, and <br> T4 DATA GROUP, LLC, | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | Civil Action No. 15-945C |
| v. | ) <br> ) | Senior Judge Bruggink |
| THE UNITED STATES OF AMERICA, | ) <br> ) | |
| Defendant, | ) <br> ) | |
| and | ) <br> ) | |
| IMMIX TECHNOLOGY, INC. | ) <br> ) | |
| Third-Party. | ) <br> ) <br> ) | |

## NOTICE OF ATTORNEY'S CHARGING LIEN

PLEASE TAKE NOTICE that Boies Schiller Flexner LLP ("BSF") asserts an attorney's charging lien based on legal services performed and costs incurred by BSF in connection with the representation of Plaintiffs 4DD Holdings, LLC and its subsidiary, T4 Data Group, LLC ("Plaintiffs") in this action, and 4DD Holdings, LLC in *Thompson Reuters Special Services, LLC v. T4 Data Group LLC*, Case No. 1:2015CV01400 (E.D. Va.) ("the Virginia case"). This lien attaches under this jurisdiction's rule that a charging lien arises when "there exist[s] between the client and his attorney an agreement for which the conclusion may reasonably be reached that they contracted with the understanding that the attorney's charges were to be paid out of the judgment recovered." See *Wolf v. Sherman,* 682 A.2d 194, 197 (D.C. 1996). The charging lien arises for the following reasons:

BSF acted as counsel of record for Plaintiffs in this action from March, 2016 until May 12, 2017, when Plaintiffs discharged BSF. BSF also defended 4DD in the Virginia case, a suit

brought by a former business partner, in which 4DD asserted a counterclaim. That case settled in May 2016, shortly before a scheduled trial. BSF's representation in both cases is governed by a written engagement agreement dated March 17, 2016 ("the Engagement Agreement"), pursuant to which BSF was entitled to fees based on hourly time charges, expenses, and a contingency fee based on any settlement, recovery, or judgment in this case.

Relying on the Engagement Agreement, BSF invested significant time and resources into representing Plaintiffs, including pursuing Plaintiff's claims in this lawsuit.

WHEREFORE, notice is hereby given to all interested or affected parties and persons of the attorney's charging lien against any recovery of proceeds obtained by Plaintiffs related to this lawsuit.

                                        Respectfully submitted,
                                        BOIES SCHILLER FLEXNER LLP

                                        By: */s/ D. Michael Underhill*
                                            D. Michael Underhill
                                            BOIES SCHILLER FLEXNER LLP
                                            1401 New York Ave., NW
                                            11th Floor
                                            Washington, D.C. 20005
                                            Tel: (202) 237-2727
                                            Fax: (202) 237-6131
                                            Email: munderhill@bsfllp.com