# In the United States Court of Federal Claims

No. 15-945C
(Filed: October 15, 2018)

* * * * * * * * * * * * * * * * * * * * * * * *

4DD HOLDINGS, LLC, and
T4 DATA GROUP, LLC,

        *Plaintiffs*,

v.

THE UNITED STATES,

        *Defendant*,

   and

IMMIX TECHNOLOGY, INC.,

        *Third-Party*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

For good cause shown, the court grants the joint motion to amend the case schedule and extend the time for plaintiffs to file any motion regarding the government's spoliation of evidence. The motion is due on or before November 14, 2018.

                                           s/Eric G. Bruggink
                                           ERIC G. BRUGGINK
                                           Senior Judge