# In the United States Court of Federal Claims

No. 15-945C
(Filed: November 1, 2018)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

4DD HOLDINGS, LLC, and
T4 DATA GROUP, LLC,

        *Plaintiffs*,

v.

THE UNITED STATES,

        *Defendant*,

   and

IMMIX TECHNOLOGY, INC.,

        *Third-Party*.

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The court denies non-party Systems Made Simple, Inc.'s ("SMS") October 9, 2018 motion for a protective order and for sanctions for the reasons stated during the October 25 and November 1 status conferences. We modify our protective order dated January 5, 2018, as follows: plaintiffs are permitted to issue a new subpoena to SMS consistent with the instructions given during the November 1 status conference.

We extend the fact discovery deadline in our August 30, 2018 scheduling order by one month to December 14, 2018, and extend all other deadlines that follow the fact discovery deadline by one month. To update the court on the status of discovery, the court directs plaintiffs to file a joint status report on behalf of the parties on or before December 7, 2018.

s/Eric G. Bruggink<br>
ERIC G. BRUGGINK<br>
Senior Judge