# In the United States Court of Federal Claims

No. 15-945C
(Filed: April 18, 2019)

* * * * * * * * * * * * * * * * * * * * * * * *

4DD HOLDINGS, LLC, and
T4 DATA GROUP, LLC,

        *Plaintiffs*,

v.

THE UNITED STATES,

        *Defendant*,

  and

IMMIX TECHNOLOGY, INC.,

        *Third-Party*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On April 18, 2019, the parties jointly moved to amend the schedule in this matter. For good cause shown, the court grants the parties' motion and adopts their proposed schedule as reflected below:

| | |
|---|---|
| Close of Fact Discovery | May 23, 2019 |
| Plaintiffs to Disclose Experts and Serve Opening Expert Reports | June 5, 2019 |
| Government to Disclose Experts and Serve Expert Reports | August 7, 2019 |
| Plaintiffs to Serve Rebuttal Expert Reports | September 4, 2019 |

| | |
|---|---|
| Close of Expert Discovery | October 3, 2019 |
| Post-Discovery Conference | October 17, 2019 |

s/Eric G. Bruggink
ERIC G. BRUGGINK
Senior Judge