# In the United States Court of Federal Claims

No. 15-945C
(Filed: April 21, 2021)

* * * * * * * * * * * * * * * * * * * * * * * *

4DD HOLDINGS, LLC, and
T4 DATA GROUP, LLC,

        *Plaintiffs*,

v.

THE UNITED STATES,

        *Defendant*,

and

IMMIX TECHNOLOGY, INC.,

        *Third-Party*.

* * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

On April 1, 2021, we granted in part plaintiffs' motion for fees and costs as a result of defendant's spoliation. We directed the parties to consult and propose a figure for the sanction consistent with our opinion.[1] The parties have done so and agree on $1,178,266.46. Accordingly, defendant is hereby ordered to pay $1,178,266.46 as a sanction for spoliation to plaintiffs on or before May 19, 2021.

15

                                            s/Eric G. Bruggink
                                            ERIC G. BRUGGINK
                                            Senior Judge

---

[1] We understand that defendant reserves the right to appeal that decision after final judgment.