# In the United States Court of Federal Claims

No. 15-945 C

Filed: November 27, 2023

**4DD HOLDINGS, LLC and**
**T4 DATA GROUP, LLC**
    **Plaintiffs**

    v.

**THE UNITED STATES**                                      **JUDGMENT**
    **Defendant**

    **and**

**IMMIX TECHNOLOGY,**
**INC.**
    **Defendant-Intervenor**

    Pursuant to the court's Opinion, filed August 22, 2023, and Order, filed November 20, 2023,

    IT IS ORDERED AND ADJUDGED this date, pursuant to Rule 58, that plaintiffs recover of and from the United States the amount of $12,683,065.86, which amount is inclusive of delay damages.

                                                           Lisa L. Reyes
                                                           Clerk of Court

                                      By:    s/ Debra L. Samler

                                                           Deputy Clerk

NOTE: As to appeal to the United States Court of Appeals for the Federal Circuit, 60 days from this date, see RCFC 58.1, re number of copies and listing of <u>all plaintiffs</u>.   Filing fee is $505.00.